**Rex GILMORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 84704.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 17, 2005.

Maleaner Harvey, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lacey R. Searfoss, Jefferson City, MO, for Respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Rex Gilmore appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided the parties with a memorandum setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).